Camila Cossío (OR Bar No. 191504)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: 971-717-6427
ccossio@biologicaldiversity.org
*Pro Hac Vice*

Brian Segee (Cal. Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
Phone: 805-750-8852
bsegee@biologicaldiversity.org
*Pro Hac Vice*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Fish and Wildlife Service, et al.<br><br>Defendants. | Civil Action No. 4:25-cv-00256-SHR<br><br>**AFFIDAVIT OF SERVICE** |

Pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii) and (i)(2), the undersigned council hereby certifies that on May 30, 2025, copies of the Complaint and issued Summons were sent to the following parties via USPS Certified Mail, return receipt requested:

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240
(Tracking No. 9589071052700011813207)

1  Paul Souza, Acting Director
2  U.S. Fish and Wildlife Service
   1849 C Street, NW
3  Washington, DC 20240
4  (Tracking No. 9589071052700011813191)

5  Doug Burgum, Secretary
   U.S. Department of the Interior
6  1849 C Street, NW
7  Washington, DC 20240
   (Tracking No. 9589071052700011813184)
8

9  Rachel Hernandez, Acting U.S. Attorney
   U.S. Attorney's Office
10 40 N. Central Avenue, Suite 1800
11 Phoenix, AZ 85004-4449
   (Tracking No. 9589071052700011813177)
12

13 Pam Bondi, Attorney General
   U.S. Department of Justice
14 950 Pennsylvania Ave, NW
   Washington, D.C. 20530-0001
15 (Tracking No. 9589071052700011819964)
16

17        The U.S. Attorney's Office for the District of Arizona received the documents on
18 June 2, 2025. Defendants U.S. Fish & Wildlife Service, Paul Souza, and Doug Burgum
19 received the documents on June 9, 2025. Attorney General Pam Bondi also received the
20 documents on June 9, 2025. Receipts and delivery confirmation verifying this
21 information are attached hereto.
22        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
23 is true and correct.
24

25 DATED: July 28, 2025              Respectfully submitted,
26
                                     */s/ Camila Cossío*
27                                   Camila Cossío (OR Bar No. 191504)
                                     Center for Biological Diversity
28

Case 4:25-cv-00256-SHR   Document 6   Filed 07/28/25   Page 3 of 3

1
2    P.O. Box 11374
3    Portland, OR 97211
     Phone: (971) 717-6727
4    ccossio@biologicaldiversity.org
     *Pro Hac Vice*

5    Brian Segee (Cal. Bar No. 200795)
6    Center for Biological Diversity
     226 W. Ojai Ave., Ste. 101-442
7    Ojai, CA 93023-3278
     Phone: 805-750-8852
8    bsegee@biologicaldiversity.org
     *Pro Hac Vice*
9
10   *Attorneys for Plaintiff*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28