RRVT

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Phoenix, AZ 85004

OFFICIAL USE

| Certified Mail Fee | $4.85 |
| --- | --- |
| $ | $4.10 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here — SYOSSET NY 11791 0791 31 — MAY 30 2025 — 05/30/2025

| Postage | $2.04 |
| --- | --- |

| Total Postage and Fees | |
| --- | --- |
| $ | $10.99 |

Sent To
Rachel Hernandez

Street and Apt. No., or PO Box No.
40 N. Central Ave., Suite 1800

City, State, ZIP+4®
Phoenix, AZ 85004-4449

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

9589 0710 5270 0011 8131 77

ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY FINAL ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700011813177

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:57 pm on June 2, 2025 in PHOENIX, AZ 85004.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

PHOENIX, AZ 85004
June 2, 2025, 3:57 pm

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20240

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.04 |
| Total Postage and Fees | $10.99 |

Postmark Here — SYOSSET NY 11791 USPS 05/30/2025

0791 31

RRVT

9589 0710 5270 0011 8132 07

Sent To: US Fish and Wildlife Service
Street and Apt. No., or PO Box No.: 1849 C Street, NW
City, State, ZIP+4®: Washington, D.C. 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY FINAL ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700011813207

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on June 9, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20240
June 9, 2025, 1:52 pm

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]

RRVT

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20240

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $4.10 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)    $ $0.00
- ☐ Return Receipt (electronic)    $ $0.00
- ☐ Certified Mail Restricted Delivery    $ $0.00
- ☐ Adult Signature Required    $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage
$ $2.04

Total Postage and Fees
$ $10.99

Postmark Here
SYOSSET NY 11791
MAY 30 2025
05/30/2025

Sent To
Paul Souza

Street and Apt. No., or PO Box No.
1849 C Street, NW

City, State, ZIP+4®
Washington, D.C. 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0011 8131 91

ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY FINAL …

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700011813191

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on June 9, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20240
June 9, 2025, 1:52 pm

Feedback

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]



ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY FINAL …

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700011813184

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:52 pm on June 9, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20240
June 9, 2025, 1:52 pm

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

RRVT

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $4.85 |
| | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $2.04 |
| Total Postage and Fees $ | $10.99 |

Postmark Here: SYOSSET NY 11791  0791 31  MAY 30 2025  05/30/2025

9589 0710 5270 0011 8199 64

Sent To: Pam Bondi
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4®: Washington, D.C. 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

ALERT: SEVERE WEATHER AND FLOODING ACROSS THE NORTH CENTRAL U.S. MAY DELAY FINAL …

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700011819964

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:12 am on June 9, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
June 9, 2025, 5:12 am

Feedback

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs